**Petition for Writ of Mandamus Denied and Opinion filed September 17, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-20-00581-CV

## IN RE DARRELL TRACEY JOHNSON, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1156748**

## MEMORANDUM OPINION

On Saturday, August 22, 2020, relator Darrell Tracey Johnson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jim F. Kovach, presiding judge of the County Civil Court at Law No. 2 of Harris County, to vacate his order authorizing issuance of a writ of possession. On September 4, 2020, the real parties in interest, Donald Guillory, Kitty Guillory, and Double RCG, LLL, filed a response.

Ordinarily, to be entitled to a writ of mandamus, a relator must show that the trial court clearly abused its discretion, and that the relator lacks an adequate remedy by appeal. *In re C.J.C.*, 603 S.W.3d 804, 810-11 (Tex. 2020) (orig. proceeding); *In re Turner*, 591 S.W.3d 121, 124 (Tex. 2019) (orig. proceeding). Relator has neither alleged nor shown that his request for mandamus relief falls within any exception to the general rule. Relator has an adequate remedy by appeal. *See Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006).

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Hassan and Poissant.

2